IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TYRONE SMITH,

    Plaintiff,

vs.

HUGH SMITH, Warden,

    Defendant.

CIVIL ACTION NO.: CV604-072

## ORDER

Plaintiff has filed a motion in this closed case for a copy of the transcript of an evidentiary hearing held on May 6, 2005 in the Superior Court of Tattnall County, Georgia. (Doc. 12.) Plaintiff's motion is **DISMISSED**. Plaintiff should file his motion in the court in which his petition for habeas relief is pending.

**SO ORDERED**, this 28th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

SMITH )
)
vs ) CASE NUMBER CV604-72
TYRONE )
) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/28/05 , which is part of the official record of this case.

Date of Mailing: 6/28/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Tyrone Smith, 628074, Georgia State Prison, 100 GA Highway 147, Reidsville, GA 30499

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate